IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| BRENDA ROBINSON, | ) | |
| | ) | Case No. 23-cv-01234 |
| Plaintiff, | ) | |
| v. | ) | Judge Michael M. Mihm |
| | ) | |
| TAZWOOD COMMUNITY SERVICES, INC., | ) | Magistrate Judge Ronald L. Hanna |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

This matter having come before the Court upon the stipulation of the parties, it is hereby ordered that this action is dismissed with prejudice, each side to bear its own costs and attorney's fees.

                                                 ____s/ Michael M. Mihm_____
                                                 United States District Judge

Entered:___September 17, 2025_____